

**FILED**

06/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0171

VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP
AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF
AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA
OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F.
PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH
AMERICA, INC.,

**FILED**

JUN 1 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioners,

v.

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK
COUNTY, THE HONORABLE JAMES P. REYNOLDS, DISTRICT JUDGE,

Respondent.

## ORDER

Petitioners have filed a motion seeking leave for the parties to file supplemental briefs regarding the Ninth Circuit's opinion in *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prod. Liab. Litig.*, __ F.3d __, 2020 WL 2832121 (9th Cir. June 1, 2020) (*"Counties II"*). Respondent Montana Department of Environmental Quality ("DEQ") does not oppose the motion. Good cause appearing therefor,

IT IS ORDERED that Petitioners shall file a supplemental brief of no more than five pages addressing the Ninth Circuit's opinion in *Counties II* on or before

June 25, 2020, and DEQ shall file its response brief of no more than five pages on or before July 10, 2020.

DATED this _16th_ day of June, 2020.

For the Court,

By _____
                    Justice